CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN M. HOHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 08-02177 JW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 29, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


                                    By_____/s/ MICHELLE BRADLEY_____
                                                  MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## PROOF OF SERVICE

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein, Nath & Rosenthal, LLP, 2121 North California Boulevard, Suite 800, Walnut Creek, California 94596-7342.

On April 29, 2008, I caused to be served on the interested parties in this action the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

**Plaintiff In Pro Per:**

Stephen M. Hohs
61 Cherry Crest Lane
San Jose, CA 95136-3618

Telephone: (408) 225-4353

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 29, 2008, at Walnut Creek, California.

*Gloria Courtney*
———————————————
Gloria Courtney

Case No. C 08-02177 JW    -2-    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS