```
CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
```

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN M. HOHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 08-02177 JW<br><br>**CORPORATE DISCLOSURE STATEMENT OF ALLSTATE INSURANCE COMPANY** |

    Allstate Insurance Company states that it is a wholly-owned subsidiary of The Allstate Corporation. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Dated: April 29, 2008                      SONNENSCHEIN NATH & ROSENTHAL LLP


                                    By_____/s/ MICHELLE BRADLEY_____
                                            MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

PROOF OF SERVICE

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein, Nath & Rosenthal, LLP, 2121 North California Boulevard, Suite 800, Walnut Creek, California 94596-7342.

On April 29, 2008, I caused to be served on the interested parties in this action the following document(s):

**CORPORATE DISCLOSURE STATEMENT OF**

**ALLSTATE INSURANCE COMPANY**

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| **Plaintiff In Pro Per:**<br><br>Stephen M. Hohs<br>61 Cherry Crest Lane<br>San Jose, CA 95136-3618<br><br>Telephone: (408) 225-4353 | |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 29, 2008, at Walnut Creek, California.

_____
Gloria Courtney