1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
2  MICHELLE BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN M. HOHS,<br><br>                Plaintiff,<br><br>         vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 100, inclusive,<br><br>                Defendants. | No. C 08-02177 JW<br><br>**NOTICE TO PLAINTIFF THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT** |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446, this action has been removed to the United States District Court for the Northern District of California. Copies of the Notice Of Removal Of Civil Action filed in the District Court and the Notice That Action Has Been Removed filed in the Superior Court of California for County of Santa Clara are attached (without their exhibits) as Exhibit 1.

/ / /

/ / /

/ / /

1  All further proceedings in this action shall take place before the United States District
2  Court for the Northern District of California.

3  Dated: April 30, 2008                             SONNENSCHEIN NATH & ROSENTHAL LLP

By         */s/ MICHELLE BRADLEY*
                MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

**EXHIBIT 1**

ORIGINAL
FILED

08 APR 28 PM 2:12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

1  CYNTHIA L. MELLEMA (State Bar No. 122798)
2  JEFFRY BUTLER (State Bar No. 180936)
   MICHELLE BRADLEY (State Bar No. 221323)
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N. California Blvd., Suite 800
4  Walnut Creek, California 94596
   Telephone: (925) 949-2600
5  Facsimile: (925) 949-2610

6  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY

ADR

E-FILING

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION

12  STEPHEN M. HOHS,                  No. C08 02177 JW HRL

13       Plaintiff,                   NOTICE OF REMOVAL OF A CIVIL
                                      ACTION
14  vs.

15  ALLSTATE INSURANCE COMPANY
    and DOES 1 through 100, inclusive,      BY FAX
16
         Defendants.
17

20       TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
21  NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS
22  OF RECORD:
23       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. section 1441(a), defendant Allstate
24  Insurance Company hereby removes to this Court the action described herein and respectfully
25  submits the following statement of grounds for removal:
26                          THE SUPERIOR COURT ACTION
27       1.   On March 11, 2008, plaintiff Stephen Hohs filed an action in the Superior Court of
28  the State of California for the County of Santa Clara entitled "*Hohs v. Allstate Insurance*

Case No. _____        -1-         NOTICE OF REMOVAL

1  *Company, et al.*," Case No. 108CV107836 (the "Superior Court Action").

2.  In the Superior Court Action, plaintiff seeks damages with respect to Allstate's handling of a third-party liability lawsuit against plaintiff (the "Underlying Action"). Specifically, plaintiff contends that Allstate failed to provide a timely legal defense, failed to initially provide local legal representation, and settled the Underlying Action for $150,000, despite its promise not to settle for more than "a couple of thousand dollars." (Complaint ("Compl."), ¶¶ 22, 26, 32, 36.) Plaintiff asserts causes of action against Allstate for "breach of written contract, breach of oral contract, bad faith, general negligence, and fraud."

### SERVICE

3.  Plaintiff served the Summons and Complaint in the Superior Court Action on Allstate on or about April 2, 2008. Attached as Exhibit A to this notice are true and correct copies of the Summons, Complaint, Allstate's Answer (which Allstate filed in the Superior Court on April 25, 2008), and ADR papers, which Allstate believes constitute all pleadings on file in the Superior Court Action.

### DIVERSITY OF CITIZENSHIP

4.  Plaintiff was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been, a citizen and resident of the State of California. (Compl. ¶ 1.) Defendant Allstate was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been, a corporation organized and existing under the laws of the State of Illinois, with its principal places of business in the city of Northbrook, Illinois.

5.  Plaintiff and Allstate, accordingly, are citizens and residents of different states.

6.  "Doe" defendants must be disregarded in determining diversity of citizenship. 28 U.S.C. § 1441(a) ("For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.").

### AMOUNT IN CONTROVERSY

7.  Specifically acknowledging the Superior Court Action is removable, plaintiff alleges that, "while the amount sought in damages is unspecified, the amount in controversy will exceed $75,000." (Compl. ¶ 46.)

Case No. _____    -2-    NOTICE OF REMOVAL

8. The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiff and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. The case is therefore one that Allstate may remove to this Court pursuant to 28 U.S.C. sections 1441 and 1446. The removal is effected less than thirty days after service of the Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

Dated: April 25, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Michelle A. Bradley*

MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

```
CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY
```

ENDORSED

2008 APR 29  P 1: 27



SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR COUNTY OF SANTA CLARA

| | |
|---|---|
| STEPHEN M. HOHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. 108CV107836<br><br>**NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT**<br><br>BY FAX |

TO THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE THAT, on April 28, 2008, defendant Allstate Insurance Company removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. A copy of the Notice Of Removal Of Civil Action (without exhibits) is attached to this notice as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing the Notice Of Removal Of Civil Action in the United States District Court followed by filing

/ / /

/ / /

-1-

NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT

this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

Dated: April 28, 2008     SONNENSCHEIN NATH & ROSENTHAL LLP

By _____Michelle A. Bradley_____
         MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-2-

NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT