1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
2  MICHELLE BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHEN M. HOHS, | No. C 08-02177 JW |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| ALLSTATE INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | |

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein, Nath & Rosenthal, LLP, 2121 North California Boulevard, Suite 800, Walnut Creek, California 94596-7342.

On April 30, 2008, I caused to be served on the interested parties in this action the following document(s):

    1.    Civil Cover Sheet;

    2.    Notice Of Removal Of A Civil Action (including Exhibits);

    3.    Notice To State Court That Action Has Been Removed To Federal Court;

Case No. C 08-02177 JW      -1-      PROOF OF SERVICE

4. Notice To Plaintiff That Action Has Been Removed To Federal Court;

5. Order Setting Initial Case Management Conference And ADR Deadlines;

6. U.S. District Court Welcome Handout;

7. General Order No. 40 - Prohibition Of Bias;

8. U.S. District Court Northern California ECF Registration Information Handout, with copy of General Order No. 45 - Electronic Case Filing;

9. Notice Of Electronic Availability Of Case File Information, with copy of General Order No. 53 - Privacy;

10. Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties;

11. Blank form: Notice Of Lawsuit And Request For Waiver Of Service Of Summons;

12. Blank form: Waiver Of Service Of Summons;

13. ADR information and forms packet;

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

**Plaintiff In Pro Per:**

Stephen M. Hohs
61 Cherry Crest Lane
San Jose, CA 95136-3618

Telephone: (408) 225-4353

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 30, 2008, at Walnut Creek, California.

*/s/ Gloria Courtney*
Gloria Courtney