1 | Stephen M. Hohs
2 | 61 Cherry Crest Lane
    | San Jose, CA 95136-3618
3 | Telephone Number: (408) 225-4353
4 | Plaintiff, In Pro Per

**FILED**

2008 MAY -1 P 2: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| STEPHEN M. HOHS, | ) | CASE NO. C 08-02177 JW |
|---|---|---|
| Plaintiff, | ) | **PLAINTIFF STEPHEN M. HOHS' DEMAND FOR JURY TRIAL** |
| VS. | ) | |
| ALLSTATE INSURANCE COMPANY and DOES 1 through 100, inclusive, | ) | |
| Defendants, | ) | |

Plaintiff Stephen M. Hohs' Demand for Jury Trial       Case No. C 08-02177 JW
Hohs V. Allstate Insurance Company and Does 1 through 100 Inclusive       Page 1

-1-

1. Plaintiff, Stephen M. Hohs ("Hohs") filed on March 11, 2008 in the Superior Court of California for the county of Santa Clara, entitled "Hohs V. Allstate Insurance Company and Does 1 through 100, inclusive, Case No. 1-08-CV-107836 ("Superior Court Action")

2. Plaintiff's Complaint ("Complaint") explicitly makes a demand for jury trial on the caption page and also on ¶ 49, 13:25 being the last line of the complaint prior to the prayer section.

3. Defendant, Allstate Insurance Company ("Allstate") filed a notice of removal on April 28, 2008 for the Superior Court Action. Plaintiff as of May 1, 2008 has not received a notice of removal and became aware of the removal on April 30, 2008 upon the receipt of Defendant's Certification of Interested Entities or persons and Corporate Disclosure Statement of Allstate Insurance Company.

4. Civil Local Rule ("LRCP") 3-6(a) requires that a jury trial demand be stated on both the caption page and at the end of the pleading. Plaintiff believes that his jury trial demand satisfies both Federal Rule of Procedure ("FRCP") Section 38(b)(1) and LRCP 3-6(a).

5. Plaintiff files this demand for jury trial pursuant to FRCP Section 81(c)(3) which allows for a jury trial demand no later than 10 days after Defendant's notice of removal served onto Plaintiff.

6. Plaintiff hereby demands a jury trial on all issues.

Dated: May 1, 2008

_____
STEPHEN M. HOHS, Plaintiff in Pro Per

Plaintiff Stephen M. Hohs' Demand for Jury Trial                     Case No. C 08-02177 JW
Hohs V. Allstate Insurance Company and Does 1 through 100 Inclusive     Page 2

## CERTIFICATION OF SERVICE BY MAIL

**Hohs v. Allstate Insurance Company and Does 1 through 100 inclusive**
**United States District Court Northern District Court of California  San Jose Division**
**Court Case Number C08-02177 JW**

I, Joachim Sier, do hereby certify that I am over 18 years of age, not a party to the within action and am a resident of San Jose, CA.

On May 1, 2008   I served the following documents

**Plaintiff Stephen M. Hohs' Demand for Jury Trial**

by enclosing a true copy thereof in envelope addressed to the parties as follows:

**Cynthia L. Mellema, Esq.**
**Jeffry Butler, Esq.**
**Michelle Bradley, Esq.**
**Sonnenschein Nath & Rosenthal LLP**
**2121 N. California Blvd., Suite 800**
**Walnut Creek, CA 94596**

*And then sealing the envelope with postage thereon fully prepaid, depositing it in the United States mail in the city of San Jose, county of Santa Clara by ordinary first-class mail.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2008

_____
Joachim Sier

Plaintiff Stephen M. Hohs' Demand for Jury Trial         Case No. C 08-02177 JW
Hohs V. Allstate Insurance Company and Does 1 through 100 Inclusive    Page 3

-3-