UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN M. HOHS

           Plaintiff(s),

        v.

ALLSTATE INSURANCE COMPANY, and DOES 1-100, inclusive

           Defendant(s).

CASE NO. C 08-02177 JW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline  an ADR process  120 days from the date of the order referring the case to

Dated: October 22, 2008            /s/ Stephen M. Hohs
                                          Attorney for Plaintiff
                                          Plaintiff Pro Se, Stephen Hohs

Dated: October 22, 2008            /s/ Michelle A. Bradley
                                          Attorney for Defendant
                                          ALLSTATE INSURANCE COMPANY

American LegalNet, Inc.
www.USCourtForms.com

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  120 days from the date of the order referring the case to an ADR process

IT IS SO ORDERED.

Dated: October 27, 2008

_____
UNITED STATES DISTRICT JUDGE
Hon. James Ware

American LegalNet, Inc.
www.USCourtForms.com