STEPHEN HOHS
61 Cherry Crest Lane
San Jose, California 95136
Telephone: (408) 225-4353

Plaintiff, *Pro Se*

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN M. HOHS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. C 08-02177 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING TRIAL |

Pursuant to Civil L.R. 7-1, 7-12 and 40-1, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

Allstate noticed its Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment (the "Motion") for hearing on November 23, 2009;

The Court continued the hearing on the Motion to February 1, 2010;

Pursuant to the Court's September 10, 2009 order, the parties' joint pretrial conference statement, *in limine* motions and proposed jury instructions are due February 8, 2010, only seven days after the hearing on the Motion; and

The parties want to maximize judicial efficiency and conserve resources by limiting trial preparation activities until the Court has had the opportunity to rule on the Motion and potentially narrow the issues for trial or eliminate the need for trial.

THEREFORE, IT IS AGREED AND STIPULATED THAT the new trial and attendant dates are as follows:

| | | |
|---|---|---|
| 1. | Joint pretrial statement, *in limine* motions and proposed jury instructions due | April 13, 2010 |
| 2. | Final pretrial conference | May 17, 2010 |
| 3. | Jury selection | June 1, 2010 |
| 4. | Trial | June 2, 2010 |

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: November 5, 2009        By: ___/S/ MICHELLE A. BRADLEY_____
                                            Michelle Bradley

Dated: November 5, 2009        STEPHEN HOHS


                                By ___/s/ Stephen Hohs_____
                                            STEPHEN HOHS

                                Plaintiff *Pro Se*

Dated: November 5, 2009                    SONNENSCHEIN NATH & ROSENTHAL LLP

By ____/s/ Michelle A. Bradley_____
     MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the new trial and attendant dates are as follows:

1. Joint pretrial statement, *in limine* motions and proposed jury instructions due  **March 15, 2010**

2. Final pretrial conference  **April 12, 2010 at 11 a.m.**

3. Jury selection  **April 27, 2010 at 9 a.m.**

4. Trial  
**April 28-30, 2010, 1 p.m. - 4 p.m.**
**May 4-7, 2010, 1 p.m. - 4 p.m.**
**Submit: May 11, 2010 at 1 p.m.**

In light of this Order and the Clerk's Notice moving the hearing on Defendant's Motion for Summary Judgment from November 23, 2009 to **February 1, 2010 at 9 a.m.**, Plaintiff's request for extension of time to file an Opposition is moot. (Docket Item No. 25.) The Court reminds Plaintiff that even though he is *pro se*, all requests requiring the Court to take action must be filed as a Motion in accordance with the Civil Local Rules of Court and not by personal letter to the Court.

Plaintiff shall file his Opposition, if any, to Defendant's Motion for Summary Judgment on or before **January 11, 2010**. Defendant's Reply, if any, shall be filed on or before **January 19, 2010.**

Dated: November 19, 2009                    _____
                                            JAMES WARE
                                            United States District Judge